

NUMBER 13-09-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF MCALLEN, TEXAS,                                        **Appellant,**

**v.**

ARNALDO RAMIREZ JR., RAUL ROMERO,
PROMOTIONS OF AMERICA, INC., &
NOLANA ENTERTAINMENT, INC.,                **Appellees.**

### On Appeal from the 93rd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria[1]
### Memorandum Opinion Per Curiam

On July 18, 2013, this Court issued an opinion affirming the trial court's judgment.

*See City of McAllen v. Ramirez et al.*, No. 13-09-00067-CV, 2013 WL 3770912 (Tex.

---

[1] The Honorable Rose Vela, former Justice of this Court, did not participate in issuing this opinion because her term of office expired on December 31, 2012. In accordance with the appellate rules, she was replaced on panel by Justice Nora L. Longoria. *See* TEX. R. APP. P. 41.1(a).

App.—Corpus Christi July 18, 2013, no pet. h.). The parties then filed a joint and unopposed motion to abate this appeal for settlement discussions. According to the motion, the parties had agreed that settlement discussions would significantly benefit the case, but additional time was necessary to fully and thoroughly discuss the potential resolution of this cause. The parties thus requested that we withhold ruling on the pending motions and abate this appeal for a reasonable period of time to facilitate settlement discussions.

On November 1, 2013, the parties filed a "Joint and Unopposed Motion to Withdraw Opinion, to Vacate the Judgment, and to Remand to the Trial Court" on grounds that the parties had reached a negotiated disposition of this case. They request that the Court withdraw its opinion and judgment; set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreements; and dismiss all pending motions as moot.

The Court, having examined and fully considered the joint motion, is of the opinion that it should be granted. Accordingly, we REINSTATE the case and GRANT the "Joint and Unopposed Motion to Withdraw Opinion, to Vacate the Judgment, and to Remand to the Trial Court." We WITHDRAW our opinion and accompanying judgment and substitute this opinion and accompanying judgment in their place. *See* TEX. R. APP. P. 42.1(c). We SET ASIDE the trial court's judgment without regard to the merits, and we REMAND the case to the trial court for rendition of judgment in accordance with the agreements. *See id.* R. 42.1(a)(2)(B). We DISMISS all pending motions as moot, including but not limited to, appellant's motion for rehearing and reconsideration en

2

banc and appellees' motion to clarify.  Pursuant to the agreement of the parties, costs will be taxed against the party incurring same.  *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
7th of November, 2013.